# United States Court of Appeals
## For the First Circuit

No. 14-1262

UNITED STATES OF AMERICA,

Appellee,

v.

DELANO NELSON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 17th, 2015, is amended as follows:

On page 6, line 21: "Flores-Machicote" should appear as "<u>Flores-Machicote</u>"